IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ARK INITIATIVE, and ) | |
| DONALD DUERR ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
|       v. ) | Civ. No. 1:12-cv-01467-JEB |
| ) | |
| THOMAS TIDWELL, ) | |
| ) | |
|    Defendant, and ) | |
| ) | |
| ASPEN SKIING COMPANY, ) | |
| ) | |
|    Intervenor-Defendant ) | |
| ) | |

_____

**NOTICE OF FIRM NAME CHANGE**
_____

Please take notice that effective March 1, 2013 the firm of Ducker, Montgomery, Lewis & Bess P.C. has changed its name to **Lewis, Bess, Williams & Weese P.C.**  Please also note new email addresses below for Ezekiel Williams, Steven Imig and Christopher Mills.  Address and telephone numbers will remain the same.

Respectfully submitted this 4th day of March, 2013.

| | |
|---|---|
| s/ *Timothy R. Macdonald* | s/ *Ezekiel J. Williams* |
| Timothy R. Macdonald | Ezekiel J. Williams, *pro hac vice* |
| (D.D.C. Bar No. CO 0013) | Steven K. Imig, *pro hac vice* |
| Arnold & Porter LLP | Christopher S. Mills, *pro hac vice* |
| 370 17th Street, Suite 4400 | (D.C. Bar No. 496175) |
| Denver, CO 80202 | Lewis, Bess, Williams & Weese, P.C. |
| Tel: 303-863-1000 | 1560 Broadway, Suite 1400 |
| Fax: 303-832-0428 | Denver, CO 80202 |
| Timothy.Macdonald@aporter.com | Tel: 303-861-2828 |
| | Fax: 303-861-4017 |
| Murad Hussain (D.C. Bar No. 999278) | zwilliams@lewisbess.com |
| Reeves Anderson (D.C. Bar No. 994989) | simig@lewisbess.com |
| Arnold & Porter LLP | cmills@lewisbess.com |
| 555 Twelfth Street, NW | |
| Washington, DC 20004-1206 | |
| Tel: 202-942-5000 | |
| Fax: 202-942-5999 | |
| Murad.Hussain@aporter.com, | |
| Reeves.Anderson@aporter.com | |

*Attorneys for Intervenor-Defendant Aspen Skiing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

William Stewart Eubanks, II
Eric Robert Glitzenstein
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009
beubanks@meyerglitz.com
eglitzenstein@meyerglitz.com


Brian Matthew Collins
John Tustin
U.S. Department of Justice, ENRD
P.O. Box 663
Washington, DC 20044
brian.m.collins@usdoj.gov
john.tustin@usdoj.gov


                                                                                s/ _Sonia Siewert_____