# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5103**  **September Term, 2013**
FILED ON: APRIL 29, 2014

ARK INITIATIVE AND DONALD DUERR,
    APPELLANTS

v.

THOMAS L. TIDWELL, U.S. FOREST SERVICE AND ASPEN SKIING CO.
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-01467)

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6/24/2014

Before: ROGERS, GRIFFITH and SRINIVASAN, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk

Date: April 29, 2014

Opinion for the court filed by Circuit Judge Rogers.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk